UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

JUDGE PATRICIA V. TRUMBULL

Date: 6/13/06

Court Reporter: FTR          Clerk: C. Lew

Case No:C 05-1009 JF         Case Title:     TIMOTHY GENS VS. SEZ AMERICA, INC.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Timothy Gens | David Borovsky |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial     [ ] Status     [ ] Discovery
                        [ ] Settlement  [ ] Final
                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [X] | [ ] | 1. Motion to Compel Deposition. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted              [X] Submitted           [ ] Settled

[ ] Denied               [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar


[ ] **Continued** to

**ORDER TO BE PREPARED BY**

[ ] Plaintiff    [ ] Defendant    [X] Court    [ ] Court w/opinion

NOTES: