UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>    Plaintiff,<br><br>  v.<br><br>SEZ AMERICA, INC.,<br><br>    Defendant. | Case No.: C 05-1009 PVT<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS** |

On August 15, 2006, Defendant filed a Motion for Monetary Sanctions Against Plaintiff.[1] Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that Defendant's motion is DENIED. Defendant's motions to quash and for a protective order were mostly unsuccessful. Plaintiff's opposition to those motions was clearly "substantially justified," and thus no sanctions are "appropriate." *See,* FED.R.CIV.PRO. 26(c), 37(a)(4) & 45(c)(1).

Dated: *10/2/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

copies mailed on _____ to:

Timothy Gens
Post Office Box 61029
Palo Alto, CA 94306

Jason A. Geller
David P. Borovsky
Long & Levit
465 California St., # 500
San Francisco, CA 94104

CORINNE LEW
Courtroom Deputy

**United States District Court**
For the Northern District of California

ORDER, *page 2*