**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>        Plaintiff,<br><br>  v.<br><br>SEZ AMERICA, INC.,<br><br>        Defendant. | Case No.: C 05-1009 PVT<br><br>**INTERIM ORDER RE DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS** |

On November 6, 2006, Defendant filed a motion to compel Plaintiff to produce documents, among other things.[1] Having reviewed the papers submitted by Defendant, the court finds it appropriate to issue this interim order. Based on the moving papers,

IT IS HEREBY ORDERED that no later than November 13, 2006, Defendant shall file a supplemental brief in support of its motion to compel production of documents. The supplemental brief shall address separately each specific document request at issue. *See* Civil L.R. 37-2. Plaintiff may serve and file his opposition to this portion of Defendant's motion no later than November 27, 2006. Defendant may file a reply with respect to this portion of its motion no later than December 4, 2006.

Dated: *11/7/06*

                                          PATRICIA V. TRUMBULL
                                          United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

**United States District Court**
For the Northern District of California

1  copies mailed on _____ to:

2  Timothy Gens
   Post Office Box 61029
3  Palo Alto, CA 94306

4  Jason A. Geller
   David P. Borovsky
5  Long & Levit
   465 California St., # 500
6  San Francisco, CA 94104

7

8                                          _____
                                           CORINNE LEW
                                           Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*