**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>    Plaintiff,<br><br>v.<br><br>SEZ AMERICA, INC.,<br><br>    Defendant. | Case No.: C 05-1009 PVT<br><br>**INTERIM ORDER RE SCHEDULING DEPOSITIONS OF DR. HAROLD OKORN-SCHMIDT, WILHELM LADENHAUF, SHEA STICKER AND JIM MELLO** |

On November 28, 2006, pursuant to footnote 2 of this court's October 2, 2006 Order re Defendant's Motion to Quash and Motion for Protective Order, Plaintiff filed a motion to compel the depositions of Dr. Harold Okorn-Schmidt, Wilhelm Ladenhauf, Shea Sticker and Jim Mello.[1] Having reviewed the papers submitted by Plaintiff, the court finds it appropriate to issue this interim order. Based on the moving papers,

IT IS HEREBY ORDERED that no later than December 4, 2006 the parties shall file simultaneous briefs setting forth all scheduling information for these four deponents during December and January.[2] Plaintiff shall state all dates for which he does not have *unalterable* plans

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] When the court authorized further briefing on scheduling the depositions, the court anticipated that Plaintiff would include his scheduling needs in his brief. Because he did not, the court will entertain simultaneous briefs.

ORDER, *page 1*

that would conflict with taking a deposition. Defendant shall state, for each deponent and each attorney assigned to this case, all dates for which they do not have *unalterable* plans that would conflict with appearing for deposition. For any dates that Plaintiff, the deponents or defense counsel have unalterable plans, the nature of such plans shall be expressly stated, and a supporting declaration shall be filed. The parties shall also note any special considerations regarding the time necessary for travel. The court will then schedule these four depositions. The parties and deponents are cautioned not to unreasonably limit the dates of their availability; in the event the court cannot find dates that accommodate the schedules of all involved, the court will choose dates on whatever basis the court finds most reasonable.[3]

IT IS FURTHER ORDERED that, while document requests included with deposition notices normally require production of documents only on the date of the deposition, in light of the difficulties the parties have cooperating in discovery, and to reduce further difficulties, Defendant and the deponents will be expected to produce documents, and serve the responses and objections to the document requests, no later than December 12, 2006. The court deemed the subpoenas to be deposition notices on October 2, 2006. Defendants will have had more than 30 days from that date to prepare the responses and document production as allowed under Federal Rules of Civil Procedure 30 and 34.

IT IS FURTHER ORDERED that defense counsel shall immediately serve a copy of this order on Plaintiff by fax.[4]

Dated: *11/29/06*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3] The court is aware that the parties both claim each other is violated prior agreements about the priority of depositions. The parties are free to reach such agreements in meet and confer, but when the parties cannot agree on the impact of prior agreements, the Federal Rules of Civil Procedure apply. Under Rule 26(d), there is no priority to depositions. Defendant has moved to compel Plaintiff's deposition, and that motion will be dealt with separately.

[4] As previously noted by the court, defense counsel are signed up for electronic filing, and will be getting notice of this order through the court's electronic filing system. The court will also send hard copies of the order to both Plaintiff and defense counsel by first class mail.

ORDER, *page 2*

United States District Court

For the Northern District of California

1  copies mailed on                   to:

2  Timothy Gens
   Post Office Box 61029
3  Palo Alto, CA 94306

4  Jason A. Geller
   David P. Borovsky
5  Long & Levit
   465 California St., # 500
6  San Francisco, CA 94104

7

8                                        _____
                                         CORINNE LEW
                                         Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28