UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS, | Case No.: C 05-1009 JF (PVT) |
| Plaintiff, | **ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |
| v. | |
| SEZ AMERICA, INC., | |
| Defendant. | |

On December 19, 2006, the parties filed a "Stipulated Confidentiality Order." Having reviewed the form of protective order submitted by the parties, the court finds it appropriate to issue this interim order.

IT IS HEREBY ORDERED that, no later than January 30, 2007, the parties shall file a revised form of protective order that makes the following changes:

1. Describes the information that may be designated as "CONFIDENTIAL" as "information (regardless of how generated, stored or maintained) or tangible things that qualify for protection under standards developed under F.R.Civ.P. 26(c)" without elaboration or examples.

2. Omits the parenthetical "(not including information that is publicly available)" from Paragraph 3. If a party believes that information that has been designating Confidential is actually publicly available, that party must nevertheless treat the information as Confidential until the designation has been removed by either order of the court or else written agreement of the designating party or non-party.

3. Revises Paragraph 4 to refer to the "designating party or non-party" rather than "other

ORDER, *page 1*

parties."

4. Revises Paragraph 6 to apply to all circumstances in which a party seeks to file with the court documents containing Confidential information, rather than just discovery motions.

5. Revises Paragraph 8 to specify that on any motion to remove the Confidential designation, the burden is on the designating party to establish that the information is entitled to protection under Federal Rules of Civil Procedure 26(c).

6. Omits Subparagraph (b) from Paragraph 9. Civil Local Rule 79-5(d) is not intended to be self-executing. The parties shall treat all information designated Confidential as required under the provisions of the protective order until such time as the designation is affirmatively removed either by court order or written agreement of the designating party or non-party.

7. Omits Paragraphs 12 and 13, as well as the paragraph entitled "Use of Confidential Materials in Court." The filing of documents with the court is already covered in Paragraph 6, as modified herein, and the use and protection of Confidential information during hearings and at trial is a matter within the discretion of the judge presiding at such hearing or trial.

The court notes that there is a model form of protective order in the "Forms" section of the court's website (www.cand.uscourts.gov) that the parties may wish to use, in whole or part, as a model for complying with the requirements of this order.

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information exchanged or disclosed during discovery in this case.

IT IS FURTHER ORDERED that defense counsel shall immediately serve a copy of this order on Plaintiff by fax.[1]

Dated: *1/17/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] As previously noted by the court, defense counsel are signed up for electronic filing, and will be getting notice of this order through the court's electronic filing system. The court will also send hard copies of the order to both Plaintiff and defense counsel by first class mail.

ORDER, *page 2*

1 copies mailed on _____ to:

2 Timothy Gens
Post Office Box 61029
3 Palo Alto, CA 94306

4 Jason A. Geller
David P. Borovsky
5 Long & Levit
465 California St., # 500
6 San Francisco, CA 94104

_____
CORINNE LEW
Courtroom Deputy