# LONG & LEVIT LLP

ATTORNEYS AND COUNSELORS AT LAW

David Borovsky
*Associate*

Email: dborovsky@longlevit.com

March 14, 2007

S5787.003

***VIA E-FILE, FACSIMILE TO CHAMBERS AND U.S. MAIL***

The Honorable Jeremy Fogel
United States District Court
Northern District of California – San Jose Division
280 South First Street
San Jose, CA 95113

Re:   ***Timothy Gens v. SEZ America, Inc.***
      United States District Court, Northern District
      San Jose Division; Case No. C 05-01009 JF (PVT)

To the Honorable Jeremy Fogel:

Per the request of your clerk, Ms. Katie Dunn, SEZ America submits the following response to plaintiff's March 9, 2007 letter.

Plaintiff is correct that on February 27, 2007, SEZ America was issued a patent based on application serial number 11/075,872. This fact, however, is entirely insignificant to the outcome of SEZ America's pending motion to dismiss, and it should still be granted in its entirety.

As explained in SEZ America's moving papers, plaintiff's ninth cause of action, entitled "Correction of False Inventorships under U.S.C. §1338" seeks only one form of relief: correction of inventorship on patent *applications*. There are *no allegations* in plaintiff's SAC requesting correction of inventorship on any patents *actually issued*, nor could there have been since until approximately two weeks ago, none of the patents applied for had been issued. The Court cannot grant plaintiff this relief. Only the Patent and Trademark Office—not a court—can make corrections on patent applications.

This is why SEZ America filed a motion to dismiss. It was meritorious at the time it was filed, and remains so now. His belatedly filed March 9, 2007 letter, for the first time, suggests that plaintiff seeks correction of inventorship of an issued patent. However, *his Second Amended Complaint does not seek this form of relief*, in the ninth cause of action or elsewhere. It still must be dismissed, and SEZ America's motion should still be granted.

Finally, should the Court be inclined to allow plaintiff leave to file a Third Amended Complaint, SEZ America requests that leave be limited to a claim for correction of inventorship of the issued

The Honorable Jeremy Fogel
United States District Court
March 14, 2007
Page 2


patent referenced in plaintiff's letter.  He should not be granted leave to add any _other_ claims
except via the normal procedure of a noticed motion for leave, so as to allow SEZ America a
reasonable opportunity to respond.

Respectfully submitted,

David P. Borovsky

cc:     Jason Geller
        Mr. Timothy Gens (via facsimile and mail)


DOCS\S5787-003\530792.V1