UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TIMOTHY GENS, | ) | Case No.: C 05-1009 JF (PVT) |
| Plaintiff, | ) | **ORDER SETTING FURTHER BRIEFING** |
| v. | ) | |
| SEZ AMERICA, INC., | ) | |
| Defendants. | ) | |

Defendant Sez America, Inc. moves for administrative relief to amend the court's order regarding sanctions against plaintiff. Plaintiff shall file an opposition no later than September 4, 2007. No hearing shall be held on this matter unless ordered by the court.

Dated: *August 17, 2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

<u>Copies mailed on August 17, 2007 to:</u>

Timothy Gens
P.O. Box 61029
Palo Alto, CA 94306