| | |
|---|---|
| 1 | JASON A. GELLER; State Bar #168149 |
| 2 | DAVID P. BOROVSKY; State Bar #216588 |
|   | LONG & LEVIT LLP |
| 3 | 465 California Street, 5th Floor |
|   | San Francisco, CA  94104 |
| 4 | TEL: (415) 397-2222   FAX: (415) 397-6392 |
| 5 | Attorneys for Defendant |
| 6 | SEZ AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TIMOTHY GENS, | CASE No. C05 01009 JF |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| SEZ AMERICA, INC., and Does 1-25, inclusive, | Date: January 25, 2008 |
| | Time: 10:30 a.m. |
| | Dept.: 3, 5th Floor |
| | Judge: Hon. Jeremy Fogel |
| Defendants. | |
| | **Trial:**       None Set |
| | Action Filed: October 28, 2004 |

The parties jointly submit the following joint case management conference statement.

A.   **The Parties Have Reached A Global Settlement**

The parties to this case have entered into a global settlement.  This settlement has been placed on the record in the related state court action pending in Santa Clara Superior Court.  The global settlement was reached at a settlement conference held in the state court action, and also provides for the settlement and release of all of plaintiff's claims in this case.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

USDC, NORTHERN DISTRICT
CASE NO. CV 05-01009 JF

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

This global settlement is being finalized now and is subject to court approval (by both the state and federal courts) in light of a lien filed in both actions by Mr. Gens' former counsel. Nonetheless, the parties expect the global settlement to be finalized and signed within 30-60 days.

**B. The Parties Request That The January 25, 2008 Status Conference Be Vacated, And A Settlement Status Conference Be Set Approximately 60 Days In The Future**

In light of the global settlement agreement, the parties request that the Court set a settlement status conference approximately 60 days in the future—i.e. sometime in late March or early April of 2008, by which time the parties expect the settlement to be finalized and signed.

In addition, the parties request that the Court vacate the January 25, 2008 status conference.

Respectfully submitted,

Dated: January 15, 2008                LONG & LEVIT LLP

                                       By _____
                                       JASON A. GELLER
                                       DAVID P. BOROVSKY
                                       Attorneys for Defendant
                                       SEZ AMERICA, INC.

Dated: January ___, 2008

                                       By _____
                                       TIMOTHY GENS
                                       Plaintiff, In pro per

DOCS\S5787-003\543785.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

USDC, NORTHERN DISTRICT
CASE NO. CV 05-01009 JF

2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  This global settlement is being finalized now and is subject to court approval (by both the state and federal courts) in light of a lien filed in both actions by Mr. Gens' former counsel. Nonetheless, the parties expect the global settlement to be finalized and signed within 30-60 days.

**B. The Parties Request That The January 25, 2008 Status Conference Be Vacated, And A Settlement Status Conference Be Set Approximately 60 Days In The Future**

In light of the global settlement agreement, the parties request that the Court set a settlement status conference approximately 60 days in the future—i.e. sometime in late March or early April of 2008, by which time the parties expect the settlement to be finalized and signed.

In addition, the parties request that the Court vacate the January 25, 2008 status conference.

Respectfully submitted,

Dated: January ___, 2008                    LONG & LEVIT LLP

                                            By _____
                                            JASON A. GELLER
                                            DAVID P. BOROVSKY
                                            Attorneys for Defendant
                                            SEZ AMERICA, INC.

Dated: January 12, 2008

                                            By /s/ Timothy H. Gens
                                            TIMOTHY GENS
                                            Plaintiff, In pro per

DOCS\S5787-003\543785.V1

LONG & LEVIT LLP
401 CALIFORNIA STREET
SUITE 600
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

USDC, NORTHERN DISTRICT
CASE NO. CV 05-01009 JF                    2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT