Jeffrey E. Essner (State Bar No. 121438)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Claimant
HOPKINS & CARLEY, a Law Corporation

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GENS,<br><br>   Plaintiff,<br><br>v.<br><br>SEZ America, Inc.,<br><br>   Defendant. | CASE NO.  C-05-1009 JF (PVT)<br><br>**RELEASE OF NOTICE OF LIEN (ENFORCEMENT OF JUDGMENT-CCP §708.410)** |

The lien created by the Notice of Lien filed by Claimant, Hopkins & Carley, a Law Corporation in this matter on October 04, 2007, a true and correct copy of which is attached hereto as Exhibit A, is hereby released.

Dated: March *24*, 2008

                HOPKINS & CARLEY
                A Law Corporation

                By: _/s/ Jeffrey E. Essner_
                  Jeffrey E. Essner
                Attorneys for Claimant
                HOPKINS & CARLEY, a Law Corporation

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

436\578252.1
RELEASE OF NOTICE OF LIEN
(ENFORCEMENT OF JUDGMENT-CCP §708.410)

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jeffrey E. Essner, Esq. (SBN 121438)<br>HOPKINS & CARLEY<br>70 S. First Street<br>San Jose, CA 95113 | 408-286-9800 | ORIGINAL FILED<br>07 OCT -4 PM 2: 07<br>RICHARD W. WIEKING<br>U.S. DISTRICT COURT |
| ATTORNEY FOR LIEN CLAIMANT: Hopkins & Carley, a Law corporation | | |
| NAME OF COURT: United States District Court, Northern District of California<br>STREET ADDRESS: 280 S. First Street<br>MAILING ADDRESS: San Jose, CA 95113<br>CITY AND ZIP CODE:<br>BRANCH NAME: | | |
| PLAINTIFF: Timothy Gens<br><br>DEFENDANT: SEZ America, Inc. | | |
| **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | | CASE NUMBER:<br>C-05-1009 JF (PVT) |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. [ ] Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. [X] Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. [ ] right to attach order and an order permitting the creation of a lien (copies attached).
   b. [X] money judgment. Certified copy attached as Exhibit A.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court (specify):   Santa Clara County Superior Court
   b. Name of case (specify):   Hopkins & Carley, a Law corporation v. Timothy Gens
   c. Number of case (specify):   1-06-CV-075255
   d. [X] Date of entry of judgment (specify):   June 5, 2007
   e. [ ] Dates of renewal of judgment (specify):

4. The name and address of the judgment creditor or person who obtained the right to attach order are (specify):
   HOPKINS & CARLEY, Jeffrey E. Essner, Esq., 70 South First Street, San Jose, CA  95113
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are (specify):
   Timothy Gens, 4141 Old Trace Road, Palo Alto, CA  94306
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 500,911.85, plus interest at the legal rate from June 5, 2007
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

> NOTICE  The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: October 2, 2007
Jeffrey E. Essner, Esq.
(TYPE OR PRINT NAME)                                                              (SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

Form Approved by the
Judicial Council of California                        **NOTICE OF LIEN**                          CCP 491.410, 708.410
AT-180, EJ-185 (New January 1, 1985)         (Attachment—Enforcement of Judgment)                                             EJ-185

**EXHIBIT A**

# Exhibit A

Jeffrey E. Essner (State Bar No. 121438)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Petitioner
HOPKINS & CARLEY, a Law Corporation

FILED
2007 JUN -5 AM 9: 23
KIRI TORRE
CF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
                    DEPUTY
S. GANCAYCO

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

HOPKINS & CARLEY, a Law Corporation,

Petitioner,

v.

TIMOTHY GENS, an individual, and DOES 1-20, inclusive,

Respondents.

CASE NO. 1-06-CV075255
AAA CASE NO. 74-194-000938-06-BRBA

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

Date:   June 5, 2007
Time:   9:00 a.m.
Dept:   22
Judge:  Hon. Kevin J Murphy

The petition of Petitioner, Hopkins & Carley, for an order confirming the arbitration award rendered on January 23, 2007 by Kenneth C. Bryant, arbitrator for the American Arbitration Association, and for entry of judgment, came on regularly for hearing on June 5, 2007, at 9:00 a.m., before the Honorable Kevin J. Murphy. On proof having been made to the satisfaction of the court that the petition should be granted,

**IT IS ORDERED AND ADJUDGED:**

That the award of arbitrator Kenneth C. Bryant dated January 23, 2007 is CONFIRMED and judgment is ENTERED in favor of Petitioner, Hopkins & Carley against Respondent

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

436\534055.1

[PROPOSED] JUDGMENT

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 4, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF LIEN (Attachment - Enforcement of Judgment)**

in a sealed envelope, postage fully paid, addressed as follows:

Timothy Gens
P.O. Box 61029
Palo Alto, CA 94306

Timothy Gens
4141 Old Trace Road
Palo Alto, CA 94306

Jason Alex Geller
Long & Levity
465 California St., Ste. 500
San Francisco, CA 94104

David P. Borovsky
Long & Levity
465 California St., Ste. 500
San Francisco, CA 94104

J. Michael Matthews, Esq.
Chapman, Popik & White
650 California Street
San Francisco, CA 94108

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 4, 2007, at San Jose, California.

Terrie A. Tellez

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

632\555780.1


## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On April 2, 2008, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Timothy Gens v. Sez America, Inc., et al.*, USDC, Northern District, San Jose Division, Case No. C05 01009 JF.

### RELEASE OF NOTICE OF LIEN
### (ENFORCEMENT OF JUDGMENT-CCP §708.410)

SERVED UPON:

Timothy Gens
P.O. Box 61029
Palo Alto, CA 94306
Tel: (650) 949-4880  Fax: (650) 949-4889

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the incorporated service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 2, 2008, at San Francisco, California.

_____
Patricia Haymond

DOCS\S5787-003\547300.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

USDC, NORTHERN DISTRICT
CASE NO. CV 05-01009 JF

PROOF OF SERVICE